IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| RONNIE FENN, #212 548 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:04-CV-474-F |
| STATE OF ALABAMA, *et al.*, | * |
| Respondents. | * |

_____

\* \* \* \* \*

_____

| | |
|---|---|
| RONNIE FENN, #212 548 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:04-CV-681-F |
| | WO |
| GWENDOLYN MOSLEY, WARDEN, *et al.*, | * |
| | * |
| Respondents. | |

_____

**ORDER AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Before the court is Petitioner's Motion for a Judgment on the Proceeding in which Petitioner seeks entry of a favorable judgment on his claims for habeas corpus relief. (Doc. No. 36.) Upon consideration of the motion, the undersigned concludes that it should be denied.

It is further ORDERED that **no motion for summary judgment, motion to dismiss**

**or any other dispositive motions addressed to the petition may be filed by any party without permission of the court**. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Petitioner's Motion for a Judgment on the Proceedings be denied.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **May 31, 2005**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on

September 30, 1981.

    Done this 20th day of May, 2005.

                                       **/s/ Delores R. Boyd**
                                       DELORES R. BOYD
                                       UNITED STATES MAGISTRATE JUDGE