IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE FENN, #212 548,                )
                                      )
        PETITIONER,                   )
                                      )
v.                                    )        CIVIL ACTION NO. 2:04-cv-474-F
                                      )
STATE OF ALABAMA, *et al.*,           )
                                      )
        RESPONDENTS.                  )


RONNIE FENN, #212 548,                )
                                      )
        PETITIONER,                   )
                                      )
v.                                    )        CIVIL ACTION NO. 2:04-cv-681-F
                                      )        WO
GWENDOLYN MOSLEY, *et al.*,           )
                                      )
        RESPONDENTS.                  )


## ORDER

This cause is before the Court on the "Motion for a Judgment on the Proceeding Habeas Corpus" (Doc. # 36) filed by Petitioner on May 18, 2005; the May 20, 2005 Order and Recommendation of the Magistrate Judge (Doc. # 37) addressing that motion; and the June 2, 2005 "Reply to the Order and Recommendation of the Magistrate Judge" (Doc. # 40). While it was not filed within the time for objections to the May 20, 2005 Order and Recommendation of the Magistrate Judge (Doc. # 37), the Court has construed the June 2, 2005 "Reply to the Order and Recommendation of the Magistrate Judge" (Doc. # 40) as an

objection to the May 20, 2005 Order and Recommendation of the Magistrate Judge (Doc. # 37).   In accordance with Federal Rule of Civil Procedure 72, this Court has reviewed Petitioner's objection, the Magistrate Judge's Order and Recommendation, and Petitioner's original motion.   In her Order, the Magistrate Judge set forth an appropriate basis for her decision to deny.   This Court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law.   *See* Fed. R. Civ. P. 72(a).   Therefore, "Motion for a Judgment on the Proceeding Habeas Corpus" (Doc. # 36) filed by Petitioner on May 18, 2005 is DENIED and his objections (Doc. # 40) are OVERRULED.   It is further ORDERED that the May 20, 2005 Order and Recommendation of the Magistrate Judge (Doc. # 37) is ADOPTED.   It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this 16th day of June, 2005.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

2