IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RONNIE FENN, #212548,             ) | |
| )  | |
| Petitioner,           ) | |
| v.             ) | CASE NO. 2:04-cv-474-MEF |
| ) | |
| STATE OF ALABAMA, *et al.*,       ) | |
| ) | |
| Respondents.        ) | |
| ------------------------------------------------------- | |
| RONNIE FENN, #212548,             ) | |
| ) | |
| Petitioner,           ) | |
| v.             ) | CASE NO. 2:04-cv-681-MEF |
| ) | |
| GWENDOLYN MOSLEY, *et al.*,       ) | |
| ) | |
| Respondents.        ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #48) filed on June 5, 2006 are OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge entered on May 25, 2006 (Doc. #47) is ADOPTED;

(3)  Petitioner's habeas corpus application, to the extent it challenges the manner in which his sentence is being executed, is DISMISSED without prejudice to afford petitioner

an opportunity to exhaust all available state court remedies.

(4) Petitioner's habeas corpus application, to the extent it seeks to challenge the revocation of his probation, is DENIED and DISMISSED with prejudice.

DONE this 29th day of June, 2006.

       /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE